## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ROBERT B. HARRIS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 08-923-DRH-DGW |
| | ) |
| **FRIEDMAN & WEXLER, L.L.C.,** | ) |
| **an Illinois limited liability company,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.-------------------------------------------------------------------------------

                                        **KEENAN G. CASADY, CLERK**

February 9, 2009                    By:   s/Robin Butler
                                                      Deputy Clerk

APPROVED:  /s/  *David R Herndon*
                **CHIEF JUDGE**
                **U.S. DISTRICT COURT**